IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01451-RPM-KLM

MARGARET RIVERA,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Portfolio Recovery Associates, L.L.C.'s Motion for Leave to File Amended Answer and Affirmative Defenses Pursuant to Fed. R. Civ. P. 15(a)(2)** [Docket No. 13; Filed August 10, 2011] (the "Motion"). According to Defendant, despite the fact that the parties conferred, "Plaintiff's counsel has not given a clear indication as to whether the Motion is opposed or unopposed." *Motion* [#13] at 1.  Regardless that Plaintiff's position is unknown, the Motion is timely and the Court finds that justice would be served by Defendant's proposed amendments.[1] Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the First Amended Answer [Docket No. 13-1] is accepted for filing as of today's date.

    Dated:  August 11, 2011

---

[1] The Court need not wait for a response before reaching a decision.  *See* D.C.COLO.LCivR 7.1C.